# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DYLAN PIZZOLATO

    CONSOLIDATED WITH

PRISCILLA NOEL LEFEBURE

VERSUS

DYLAN JACOB PIZZOLATO

NO.  2021 CW 1609

**FEBRUARY 25, 2022**

---

In Re:    Katherine Reznik Benoit, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 217897 c/w 218072.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT GRANTED WITH ORDER.** The family court's November 23, 2021 order which denied the motion to proceed *in forma pauperis* filed by Katherine Benoit is vacated. Where a motion for sanctions is brought against an attorney, he or she is a party in interest. Should the motion be successful, judgment will be rendered against the attorney personally. Any appeal must be taken in the attorney's name. **Williams v. Hattan**, 594 So.2d 977, 979 (La. App. 3d Cir. 1992), writ denied, 600 So.2d 606 (La. 1992). See also **In re Succession of Horn**, 2002-430 (La. App. 5th Cir. 9/30/02), 827 So.2d 1241, 1247, writ denied, 2002-2917 (La. 2/7/03), 836 So.2d 105. Accordingly, for purposes of an appeal of an award of sanctions against Katherine Benoit, she is a party in interest and is entitled to seek pauper status. This matter is remanded to the family court to consider the merits of Katherine Benoit's motion to proceed *in forma pauperis*.

                                 **VGW**
                                 **AHP**
                                 **CHH**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
    FOR THE COURT